UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BURSTEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, and others,<br><br>　　　　Defendants. | Case No. 18-cv-03889 NC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND RETAINING JURISDICTION**<br><br>Re: ECF 10 |

The plaintiff filed a Notice of Settlement of this case. Under Fed. R. Civ. P. 41(a)(2), the Court DISMISSES the case without prejudice and expressly retains jurisdiction until November 23, 2018, under *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994). On or before November 23, the parties may move to dismiss the case with prejudice, or may file a motion to reinstate the case. All other case deadlines are vacated. The Clerk of Court is asked to administratively terminate the case.

**IT IS SO ORDERED.**

Dated: September 24, 2018　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 18-cv-03889 NC